IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| ROBERT CARSWELL, | : | |
|---|---|---|
| | : | |
| Petitioner, | : | |
| | : | CASE NO. |
| v. | : | 5:10-CV-487 (CAR) |
| | : | |
| Warden BARBARA WALRATH, | : | |
| | : | |
| Respondent. | : | |

_____

ORDER ON THE RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE

Currently before the Court is the Recommendation [Doc. 22] of the United States Magistrate Judge that Petitioner Robert Carswell's petition be dismissed. No Objection was filed, and having considered the matter, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT.** Petitioner's 28 U.S.C. § 2241 petition is hereby **DISMISSED AS MOOT.**

SO ORDERED, this 15th day of March, 2012.

S/ C. Ashley Royal
C. ASHLEY ROYAL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

AES